FILED

2009 SEP 23 PM 4: 56

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 5:09-cr-44-10-GRJ
       26 U.S.C. § 7201

MARK S. MAGGERT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

That during the calendar year 2002, in Lake County, Florida, in the Middle District of Florida, the defendant,

**MARK S. MAGGERT,**

who was a resident of Fruitland Park, Florida, had and received taxable income in the sum of $ 148,179.00; that upon said taxable income there was owing to the United States of America an income tax of $ 54,131.00; that well knowing and believing the foregoing facts, the defendant, **MARK S. MAGGERT**, on or about April 15, 2003, in the Middle District of Florida, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2003, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service the income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, by causing dental offices and companies for which he worked to pay him with checks made

payable to nominee entities so that income reported to the Internal Revenue Service would not be shown as being attributable to him.

In violation of Title 26, United States Code, Section 7201.

## COUNT TWO

That during the calendar year 2003, in Lake County, Florida, in the Middle District of Florida, the defendant,

## MARK S. MAGGERT,

who was a resident of Fruitland Park, Florida, had and received taxable income in the sum of $ 161,854.00; that upon said taxable income there was owing to the United States of America an income tax of $ 59,709.00; that well knowing and believing the foregoing facts, the defendant, **MARK S. MAGGERT**, on or about April 15, 2004, in the Middle District of Florida, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2004, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service the income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, by causing dental offices and companies for which he worked to pay him with checks made payable to nominee entities so that income reported to the Internal Revenue Service would not be shown as being attributable to him.

In violation of Title 26, United States Code, Section 7201.

## COUNT THREE

That during the calendar year 2004, in Lake County, Florida, in the Middle District of Florida, the defendant,

**MARK S. MAGGERT,**

who was a resident of Fruitland Park, Florida, had and received taxable income in the sum of $ 308,618.00; that upon said taxable income there was owing to the United States of America an income tax of $ 114,895.00; that well knowing and believing the foregoing facts, the defendant, **MARK S. MAGGERT**, on or about April 15, 2005, in the Middle District of Florida, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 15, 2005, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service the income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, by causing dental offices and companies for which he worked to pay him with checks made payable to nominee entities so that income reported to the Internal Revenue Service would not be shown as being attributable to him.

In violation of Title 26, United States Code, Section 7201.

## COUNT FOUR

That during the calendar year 2005, in Lake County, Florida, in the Middle District of Florida, the defendant,

**MARK S. MAGGERT,**

3

who was a resident of Fruitland Park, Florida, had and received taxable income in the sum of $ 277,218.00; that upon said taxable income there was owing to the United States of America an income tax of $ 103,030.00; that well knowing and believing the foregoing facts, the defendant, **MARK S. MAGGERT**, on or about April 17, 2006, in the Middle District of Florida, did willfully attempt to evade and defeat the income tax due and owing by him to the United States of America for said calendar year by failing to make an income tax return on or before April 17, 2006, as required by law, to any proper officer of the Internal Revenue Service, by failing to pay to the Internal Revenue Service the income tax, and by concealing and attempting to conceal from all proper officers of the United States of America his true and correct income, that is, by causing dental offices and companies for which he worked to pay him with checks made payable to nominee entities so that income reported to the Internal Revenue Service would not be shown as being attributable to him.

In violation of Title 26, United States Code, Section 7201.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Samuel D. Armstrong
Assistant United States Attorney

By: _____ FOR
Robert E. O'Neill
Chief, Criminal Division

4

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MARK S. MAGGERT

## INDICTMENT

Violations:

26 USC 7201

A true bill,

_____
Foreperson

Filed in open court this 23rd day

of September, 2009.

_____
Clerk

Bail  $_____