

2009 OCT 13 PM 12:29

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

THE UNITED STATES OF AMERICA, D.B.A. CORPORATION,
SUMTER COUNTY SHERIFF OFFICE, D.B.A. CORPORATION
DEPARTMENT OF THE TREASURY, D.B.A. CORPORATION,
INTERNAL REVENUE SERVICE, D.B.A. CORPORATION,
UNITED STATES DISTRICT COURT, D.B.A. CORPORATION,
DARLENE STARR, FOREPERSON ET AL.,
SAMUEL D. ARMSTRONG, ASSISTANT UNITED STATES ATTORNEY, ET AL,
A. BRIAN ALBRITTON, UNITED STATES ATTORNEY, MIDDLE DISTRICT OF FLORIDA ET AL,
ROBERT E. O'NEAL, CHIEF, CRIMINAL DIVISION ET AL,
NORM MEADOWS SPECIAL AGENT I.R.S. ET AL,
LINDA OSUNA, SPECIAL AGENT I.R.S. ET AL,
DON OLOLADE, SPECIAL AGENT I.R.S. ET AL.
UNKNOWN I.R.S. AGENT #1
UNKNOWN I.R.S. AGENT #2
UNKNOWN I.R.S. AGENT #3
UNKNOWN I.R.S. AGENT #4
UNKNOWN I.R.S. AGENT #5
UNKNOWN I.R.S. AGENT #6
UNKNOWN I.R.S. AGENT #7
UNKNOWN I.R.S. AGENT #8
UNKNOWN I.R.S. AGENT #9
UNKNOWN I.R.S. AGENT #10
UNKNOWN I.R.S. AGENT #11
UNKNOWN I.R.S. AGENT #12
UNKNOWN I.R.S. AGENT #13
UNKNOWN I.R.S. AGENT #14
UNKNOWN I.R.S. AGENT #15,       PLAINTIFFS

          VS.                CASE NUMBER – 5:09-cr-00044-WTH-GRJ-1
                             #'s  5:09-cr-00044-WTH-GRJ
MARK S. MAGGERT                   5:09-CR-44-10-GRJ

                                  5:09-CR-44-Oc-10GRJ
Mark-Scott: Maggert, Third Party Plaintiff     5:09-CR-44-1
                                  5:09-CR-44
          VS.                IN ADMIRALTY

1

THE UNITED STATES OF AMERICA, D.B.A. CORPORATION,
SUMTER COUNTY SHERIFF OFFICE, D.B.A. CORPORATION
DEPARTMENT OF THE TREASURY, D.B.A. CORPORATION,
INTERNAL REVENUE SERVICE, D.B.A. CORPORATION,
UNITED STATES DISTRICT COURT, D.B.A. CORPORATION,
DARLENE STARR, FOREPERSON ET AL.,
SAMUEL D. ARMSTRONG, ASSISTANT UNITED STATES ATTORNEY, ET AL,
A. BRIAN ALBRITTON, UNITED STATES ATTORNEY, MIDDLE DISTRICT OF FLORIDA ET AL,
ROBERT E. O'NEAL, CHIEF, CRIMINAL DIVISION ET AL,
NORM MEADOWS SPECIAL AGENT I.R.S. ET AL,
LINDA OSUNA, SPECIAL AGENT I.R.S. ET AL,
DON OLOLADE, SPECIAL AGENT I.R.S. ET AL.
UNKNOWN I.R.S. AGENT #1
UNKNOWN I.R.S. AGENT #2
UNKNOWN I.R.S. AGENT #3
UNKNOWN I.R.S. AGENT #4
UNKNOWN I.R.S. AGENT #5
UNKNOWN I.R.S. AGENT #6
UNKNOWN I.R.S. AGENT #7
UNKNOWN I.R.S. AGENT #8
UNKNOWN I.R.S. AGENT #9
UNKNOWN I.R.S. AGENT #10
UNKNOWN I.R.S. AGENT #11
UNKNOWN I.R.S. AGENT #12
UNKNOWN I.R.S. AGENT #13
UNKNOWN I.R.S. AGENT #14
UNKNOWN I.R.S. AGENT #15, Third Party Defendants, Severally and Individually, All

**AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM**

   Comes now, Mark-Scott: Maggert, Third Party Plaintiff, One of the People of the nation state Florida, a republican form of government by special visitation and not appearing generally, before this court of record, on and for the record seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1). I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the officers of this court do the same. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

   AS TO COUNT 1:  I, Mark-Scott: Maggert, the Third Party Plaintiff, Secured Party Creditor, a Natural man, created by God am NOT the same as the Fictitious Entity, all capital letter named, **MARK S. MAGGERT** that was created by the State. I do not give any consent, in any capacity, to this court to place upon me any responsibility for this all capital letter

2

name Fictitious Entity that was created by the state. Simply put I am not the same and I believe that there is no evidence to the contrary. I have no contract with you and do not consent to any contract with you. If you presume that I have a contract with you I rebut any presumption of any contract that you may presume that I have with you. This is evidenced by documents that are on file with the State of Florida, Secretary of State, KURT S. BROWNING and the public records of this County, records of this Court, US Department of Treasury, Internal Revenue Service, U.S. Department of Commerce, U.S. Department of Justice, and others. If the Third Party Defendants have any lawfully documented evidence to the contrary let them come forth now On and For the official Record and let the District Attorney certify their evidence, under their unlimited commercial liability, while under oath, and under penalties of the law including Perjury. Failure to continue this action without proof of your claim is Abuse of Process, Dishonor in Commerce, Abuse of Power, Extortion, Coercion, Obstruction of Justice, Denial of Due Process, etc. I believe there is no evidence to the contrary.

AS TO COUNT 2: On or about September 28th, 2009 about 8:30 a.m. AGENTS from the INTERNAL REVENUE SERVICE descended upon the property at 590 S. MAIN ST. (HWY 301) in WILDWOOD FL, 34785 and was arrested. A .45 caliber belonging to Mark-Scott: Maggert was stolen and removed from the property by force, by the INTERNAL REVENUE SERVICE AGENTS. This is Abuse of Power, Conspiracy, Collusion, Racketeering, Denial of Due Process, Extortion, Obstruction of Justice, and Dishonor in commerce, etc. I believe there is no evidence to the contrary.

AS TO COUNT 3: I Mark-Scott: Maggert was arrested without a lawful 4th amendment warrant being issued for my arrest. AGENTS from INTERNAL REVENUE SERVICE arrested me for alleged tax evasion. There was no probable cause to search Me or arrest anyone. No crime was committed; I am the only injured party. The AGENTS kidnapped Me and stole My .45 caliber. This is a violation of my unalienable rights, Lack of Due Process, Abuse of Power, Conspiracy, Fraud, Racketeering, False Imprisonment, Trespass, kidnapping, theft of property, etc., and I believe there is no evidence to the contrary.

AS TO COUNT 4: I, Mark-Scott: Maggert, was forced to give my fingerprints and photographs, against my will. I notified the officers on duty that I did not want to give my fingerprints or photographs, as they were my personal property. This is Theft of Private Property, Abuse of Authority, Conspiracy to Defraud, Racketeering, Obstruction of Justice, Dishonor in Commerce, Coercion, Extortion, Denial of Due Process, and I believe that there is no evidence to the contrary.

AS TO COUNT 5: On or about September 28th, 2009 about 8:30 a.m. above listed third party defendants did conspire to make several false allegations to INTERNAL REVENUE SERVICE regarding Mark-Scott: Maggert. They accused Mark-Scott: Maggert of tax evasion. AGENTS rushed to judgment upon false allegations by INTERNAL REVENUE SERVICE without proper due diligence and investigation of this alleged crime. Had the AGENTS properly investigated, it would have been easily proven that no crime was committed. As a result of improper and malicious actions of the INTERNAL REVENUE SERVICE, INTERNAL REVENUE SERVICE was falsely arrested and his family was traumatized by the actions of these I.R.S. AGENTS. I believe that these ABOVE LISTED AGENTS conspired with I.R.S. AGENTS to illegally take the property of Mark-Scott: Maggert. Criminal charges will be explored in this matter. Mark-Scott: Maggert have attempted to

resolve this matter through the legal process and have been defrauded by the attempts of the prosecuting attorney and the court. This is Abuse of Process, Abuse of Power, Collusion, Conspiracy, Racketeering, Denial of Due Process, Extortion, Fraud, Theft, Dishonor in Commerce, kidnapping, mis-prison of felony, etc. I believe there is no evidence to the contrary.

AS TO COUNT 6: The prosecuting attorney SAMUEL D. ARMSTRONG, ASSISTANT UNITED STATES ATTORNEY, ET AL., did with full knowledge and malice aforethought continue this case that this case lacked the proper merits and should be dismissed. Prosecutor SAMUEL D. ARMSTRONG, ASSISTANT UNITED STATES ATTORNEY, ET AL., was informed of the facts in this case and intentionally elected to continue to do harm to Mark-Scott: Maggert. This is a travesty of justice and prosecutor SAMUEL D. ARMSTRONG, ASSISTANT UNITED STATES ATTORNEY, ET AL., should be sanctioned by the court for her malicious intent to prosecute. Criminal Charges may be explored on her behalf. Mark-Scott: Maggert is an upstanding and productive member of society for many years. He has never been arrested or charged with a crime in his life. He was treated with utter disrespect and contempt by attorney SAMUEL D. ARMSTRONG, ASSISTANT UNITED STATES ATTORNEY, ET AL.,. This is Abuse of Power, Abuse of Process, Denial of Due Process, Obstruction of Justice, Dishonor in Commerce, Conspiracy, Extortion, Coercion, etc. I believe there is no evidence to the contrary.

AS TO COUNT 7: I am without knowledge of all "Foreign Agents" 22 USC 611 (Communist Party) who enter any court on behalf of any "Corporation", "Bank" or "Financial Institution" fraudulently claiming authority to represent these "Fictitious Entities" for "Fraud on the court". None of these "Entities" have any rights, any privileges or any immunities and can not write, can not speak, can not contract and can not be represented by any attorney. These are reserved to the people, no fictitious entity can make any claim to these things. It is clear fraud for a Foreign Agent (Communist) to appear in court without the Plaintiff he is representing. The only time the Plaintiff is not required to be present in court is in the case of "Murder". All other "Plaintiffs" must appear and be subject to cross examination.

AS TO COUNT 8: This is the "Fraud" 18 USC 1001 of "Foreclosures" that has cost millions of Americans their homes and property in clear denial of Due Process of Law. And I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, treason, sedition, collusion, etc.

AS TO COUNT 9: This is "Racketeering Activity" 18 USC 1951 by "imposter judges" and "foreign agents" claiming to take private property in the name of a fictitious entity. And I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, treason, sedition, collusion, etc.

AS TO COUNT 10: This is clearly criminal conduct of "Conspiracy against rights" 18 USC 241 to violate the 4th Amendment requirement of due process of law before taking property. Many "States" have escalated this crime to a common practice of the "STATE" by unlawfully establishing "Non-judicial Foreclosure". These states clearly do not recognize the rights, privileges and immunities of the "American People" to due process of law and must be held to account for their criminal conduct. No lawful government has any authority to create such a law. And I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, treason, sedition, collusion, etc.

AS TO COUNT 11:  I believe that the above listed third party defendants has no Standing as the above listed third party defendants and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 12:  The above listed third party defendants were operating under color of law and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 13: I am without knowledge of any verified documentation that would make Me as described in 26 CFR 1.1-1(c), and the 14th Amendment, a "U.S. citizen" and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 14:  I am without knowledge of any verified documentation that would make Me as described in 26 USC 7701(a)(30), a "U.S. person" and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 15:  This is Fraud all 22 USC 611 "Foreign Agents" who enter any court on behalf of any "Corporation", "Bank" or "Financial Institution" fraudulently claiming authority to represent these "Fictitious Entities" for "Fraud on the court". None of these "Entities" have any rights, any privileges or any immunities and can not write, can not speak, can not contract and can not be represented by any attorney. These are reserved to the people, no fictitious entity can make any claim to these things. It is clear fraud for a Foreign Agent to appear in court without the Plaintiff he is representing. The only time the Plaintiff is not required to be present in court is in the case of "Murder". All other "Plaintiffs" must appear and be subject to cross examination this is the "Fraud" 18 USC 1001 of "Foreclosures" that has cost millions of Americans their homes and property in clear denial of Due Process of Law and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 16: I am without knowledge of there being a license to practice law? Produce Your license, and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc..

AS TO COUNT 17:  This is "Racketeering Activity" 18 USC 1951 by "imposter judges" and "foreign agents" claiming to take private property in the name of a fictitious entity.

AS TO COUNT 18: This is clearly criminal conduct of "Conspiracy against rights" 18 USC 241 to violate the 4th Amendment requirement of due process of law before taking property. Many "States" have escalated this crime to a common practice of the "STATE" by unlawfully establishing "Non-judicial Foreclosure". These states clearly do not recognize the rights, privileges and immunities of the "American People" to due process of law and must be held to account for their criminal conduct. No lawful government has any authority to create such a law and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 19:  I am without knowledge of 28 USC 1331(1) "The Saving to Suitor Clause" as being anything other than My remedy in Admiralty and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 20: I am without knowledge of whether SAMUEL D. ARMSTRONG and A. BRIAN ALBRITTON has an oath of office and what allegiance it was taken too?

AS TO COUNT 21: According to HJR-192 and Public law 73-10 say there is no lawful money and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 22: According to the Credit River Case conducted in Credit River, Minnesota, usA, on 12th December 1968. before a jury of 12 and Justice Mahoney, it was established that the money that is a forced compelled benefit privilege that came out of the 1913 Federal Reserve Act creates money out of thin air with nothing of value behind it! and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

AS TO COUNT 23: Article 1 Section 8 thru 10 say by Your oath of office/s that Gold and Silver is Lawful money! Not some worthless paper back by nothing that is printed by 13 foreign corporations here seditously here to over throw our republican form of government and I believe there is no evidence to the contrary. Attempting to enforce an unlawful claim is theft, fraud, conspiracy, racketeering, collusion, etc.

## OPPORTUNITY TO CURE

The Third Party Defendants have 21 calendar days to cure their Dishonor by the Following:
1. Dismiss any and all claims against the Third Party Plaintiff, with prejudice and pay the Third Party Plaintiff $150,000.00 (One Hundred Fifty Thousand US Dollars). OR,
2. Pay all damages as indicated by the counterclaim contained herein with Real Money, Surrender any and all Public Hazard Bonds, other Bonds, Insurance Policies, CAFR Funds, 801K funds, personal properties, land, real estate, etc. as needed to satisfy counterclaim herein, ...OR, Prove your claims against me, and disprove my claims, by providing me with lawfully documented evidence that is certified by the States Attorney, in his unlimited commercial liability, while Under Oath, On and For the Official Record, under penalties of the law including Perjury. This evidence must prove your case by preponderance or the greater weight of evidence and must answer each and every averment, Point by Point individually. If any and all points are not answered fully and accompanied by lawfully documented evidence, as provided herein, that will be Default on the part of the Third Party defendants. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented evidence as outlined herein will be Default. If the Third Party Defendants fail to respond as outlined herein, within 21 calendar days, will be Default. Default will be a Self Executing Confession of Judgment on behalf of the third party defendants, and complete agreement with all the statements in this claim. This is a contract in Admiralty.

## COUNTERCLAIM

THE FOLLOWING DAMAGES HAVE BEEN ASESSED AGAINST YOU SHOULD YOU FAIL TO MEET THE REQUIREMENTS AS PROVIDED IN THE OPPORTUNITY TO CURE CONTAINED HEREIN:

1. Failure to state a claim upon which relief can be granted. $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
2. Failure to respond as outlined herein. $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
3. Default by non response or incomplete response $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
4. Dishonor In Commerce - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
5. Obstruction of Justice - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
6. Abuse of Authority - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
7. Denial of Due Process - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
8. Extortion - $2,000,000.00 (Two Million Dollars) per Third Party Defendant, per count, per violation, per occurrence.
9. Unlawful Arrest - $2, 000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
10. Trespass - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
11. Conspiracy to Defraud - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
12. Racketeering - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
13. False Imprisonment - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
14. Abuse of Power - $2,000,000.00 (Two Million Us Dollars) per Third Party Defendant, per count, per violation, per occurrence.
15. Abuse of Process - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violation, per occurrence.
16. Coercion - $2,000,000.00 (Two Million US Dollars) per Third Party Defendant, per count, per violations, per occurrence.
17. Failure to pay Counterclaim in full within (30) Thirty Calendar Days of Default as contained herein. $1,000,000.00 (One Million US Dollars), per month, and interest of 1.5 % per month compounded daily for the first (30) Thirty Days from the date of

default. After (30) Thirty Days, beginning on the (31st) Thirty first Day after Default, the penalties for Failure to pay will increase by $1,000,000.00 (One Million Us Dollars Per Day) for each calendar day that this counterclaim is not paid in full, including interest. After (90) calendar days of the date of Default, the penalties for Failure to Pay Counterclaim will increase by $5,000,000.00 (Five Million US Dollars) per calendar day, that the Counterclaim is not paid in full, plus interest as indicated herein.

18. All Claims are stated in US Dollars which means that a US Dollar will be defined, for the purposes of this counterclaim as, a One Ounce Silver coin of .999 fine silver, or the equivalent par value as established by law or the exchange rate as set by the US Mint, whichever is the higher amount, for a certified One Ounce Silver Coin (US Silver Dollar) at the time of the first day of default as outlined herein. If the claim is to be paid in Federal Reserve Notes or other certified funds, these funds will only be accepted at Par Value as indicated above.

19. Punitive damages will be assessed as seven (7) times the original amount of damages. Punitive damages will be added to the original amount of damages.

(wp) *[signature]*
Mark-Scott: Maggert
Secured Party Creditor
Date: Oct, 8th, 2009

NOTICE TO AGENT IS NOTICE TO PRINCIPLE
NOTICE TO PRINCIPLE IS NOTICE TO AGENT

****************************************************************************

**JURAT**

STATE OF FLORIDA   )
                   ) ss.
COUNTY OF SUMTER   )

Stephanie G Jordan
NOTARY PUBLIC - STATE OF FLORIDA
Commission # DD 803864
MY COMMISSION EXPIRES July 7, 2012

On the 8 day of October, 2009 A.D., the above signed Secured Party Creditor personally appeared before me with this Administrative Affidavit of Specific Negative Averment, Opportunity to Cure, and Counterclaim, and proved to me on the basis of satisfactory evidence and identification to be the man whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, signed under oath or asseveration, and accepts the truth thereof.

Stephanie G Jordan
Printed Notary Name

Wildwood, Florida

Stephanie G Jordan
Notary Signature

July 7, 2012

Notary City and State           My commission expires



Seal/Stamp Stephanie G Jordan
NOTARY PUBLIC - STATE OF FLORIDA
Commission # DD 803864
MY COMMISSION EXPIRES July 7, 2012



# AFFIDAVIT OF NOTARY PRESENTMENT

State of Florida )
) ss.: **CERTIFICATION OF MAILING**
County of Sumter )

On this **8TH** day of **Oct.**, 2009, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that Mark-Scott: Maggert appeared before me with the following documents listed below. I, the below signed notary, personally verified that these documents were placed in an envelope and sealed by me. They were sent by United States Post Office Registered Mail receipt number **RB 880 069 240 US**

To: CLERK OF UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
   207 NW 2ND STREET
   OCALA, FL 34475

### List of Documents Mailed
1. AFFIDAVIT OF NOTARY PRESENTMENT   OCALA, FL 34475
2. AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM TO BE DEPOSITED TO THE JUDGES FILE
3. AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM TO BE DEPOSITED TO THE CLERKS FILE
4. AFFIDAVIT OF NEGATIVE AVERMENT, OPPORTUNITY TO CURE, AND COUNTERCLAIM TO BE DEPOSITED TO THE PROSECUTORS FILE

WITNESS my hand and official seal.

_Stephanie Jordan_  10/08/09
NOTARY PUBLIC     DATE

My commission expires: **July 7**, 20**12**

(Seal)
Stephanie G Jordan
NOTARY PUBLIC - STATE OF FLORIDA
Commission # DD 803864
MY COMMISSION EXPIRES July 7, 2012
(Stamp)

RETURN TO NOTARY ADDRESS:
502 S Main St.
Wildwood, FL 34785